UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATRIZ LAGUER,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>NORTHWELL HEALTH LENOX HILL HOSPITAL; CHRISTOPHER RUPERT, *in his former official capacity as Director of Nursing Operations and Finance at Lenox Hill Hospital*; and AMANDA GARCIA,<br><br>                    Defendants. | 25 Civ. 8584 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff filed this action on October 16, 2025.  (Dkt. #1).  It appears from the docket that Defendants still have not been served.  As such, the Court will dismiss this case without prejudice should Plaintiff fail to serve Defendants on or before **January 20, 2025**, absent a showing of good cause.  *See* Fed. R. Civ. P. 4(m).

          SO ORDERED.

Dated:    January 13, 2026
          New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge