UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRIZ LAGUER,

                    Plaintiff,

          -v.-

NORTHWELL HEALTH LENOX HILL
HOSPITAL; CHRISTOPHER RUPERT, *in
his former official capacity as Director of
Nursing Operations and Finance at Lenox
Hill Hospital*; and AMANDA GARCIA,

                    Defendants.

25 Civ. 8584 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

          Plaintiff filed this action on October 16, 2025.  (Dkt. #1).  On January 13, 2026, the Court issued an Order notifying Plaintiff that it would dismiss the case if Plaintiff did not serve defendants on or before January 20, 2026.  (Dkt. #2).  Then, two days later, Plaintiff requested the issuance of summonses as to each Defendant.  (Dkt. #4).  The Court interprets the request for summonses as also a request for an extension in its time to serve Defendants under Federal Rule of Civil Procedure 4.  That request is GRANTED.  Plaintiff shall serve Defendants on or before **April 14, 2026**.  *See* Fed. R. Civ. P. 4(m).

          SO ORDERED.

Dated:   January 22, 2026
         New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge